UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENJAMIN CRUZ, JR., <br><br> Petitioner, <br><br> v. <br><br> FRANCISCO JACQUES, Warden, <br><br> Respondent. | No.  CV 09-8340-DOC(RCF) <br><br> JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: March 8, 2012

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE